# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARK A. WEISS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RUTH SPIELVOGEL-DONALDS,<br>LAURIE KUHN, JOHN LANGDON,<br>MARK KAUTZMANN, and<br>MATTHEW KANGAS,<br><br>　　　　　　　Defendants. | Case No. 16-CV-219-JPS<br><br>**ORDER** |

On August 28, 2017, the Court granted Defendants' motions for summary judgment and dismissed this action with prejudice. (Docket #68 and #69). On December 14, 2017, Plaintiff filed a "motion to amend case caption," which in fact appeared to be a motion for leave to amend the complaint. (Docket #71). The Court denied that motion, explaining to Plaintiff that this action is entirely closed; the case was dismissed with prejudice and no appeal was taken. (Docket #72).

On November 26, 2018, Plaintiff filed another proposed amended complaint. (Docket #73). The Court again admonishes Plaintiff that he cannot amend his complaint in this case. The case is closed. The Court will take no further action in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's proposed amended complaint (Docket #73) be and the same is hereby **REJECTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge